IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       23-cr-163 (NEB/JFD) |
| | ) | Date:            May 2, 2023 |
| Deon Necole Williams, | ) | Courthouse:   St. Paul |
| | ) | Courtroom:    3C |
| Defendant. | ) | Time Commenced:   11:18 a.m. |
| | ) | Time Concluded:    11:21 a.m. |
| | ) | Time in Court:        3 minutes |

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Shannon Elkins, Assistant Federal Public Defender
     X FPD     X To be appointed

Date Charges Filed: April 26, 2023     Offense: felon in possession of a firearm

    X Advised of Rights

on   X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Friday, May 5, 2023 at 2:00 p.m. before U.S. Magistrate Judge Elizabeth Cowan Wright in St. Paul CR 3C for:
  X Detention hrg    X Arraignment

X Government moves to unseal the case.   X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                       *s/nah*
                                                      Signature of Courtroom Deputy